UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BECKE BETZLER-ISBELL,<br><br>       Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration,<br><br>       Defendant. | No. 1:14-CV-03013-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is a Stipulated Motion for Remand. ECF No. 17. Based upon the stipulation of the parties, the above-captioned case shall be remanded to the Commissioner of Social Security for further administrative proceedings, including further development of the record, a new hearing, and a new decision.

On remand, the administrative law judge ("ALJ") will: (1) re-evaluate Plaintiff's mental impairments pursuant to the special technique in 20 C.F.R. §§ 404.1520(a), 416.920(a); (2) further consider the medical opinion evidence in the record; (3) further evaluate the opinion evidence from "other sources" pursuant to Social Security Ruling 06-03p; (4) in light of the expanded record reconsider Plaintiff's impairments at steps two and three of the sequential evaluation process; (5) in light of the expanded record reassess Plaintiff's credibility; and (6) if

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

warranted, obtain supplemental vocational expert testimony to determine whether Plaintiff's residual functional capacity would allow her to make an adjustment to any jobs existing in significant numbers in the national economy.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Remand, ECF No. 17, is **GRANTED**.
2. The hearing on the Motion for Summary Judgment, ECF No. 14, is **STRICKEN**.  All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and **CLOSE** the file.

**DATED** this 23rd  day of September, 2014.


  *s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**